UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA SERRANO,<br>*on behalf of herself and others similarly situated*,<br><br>Plaintiff,<br><br>- against -<br><br>WHITSONS RESOURCE MANAGEMENT CORP.<br>d/b/a WHITSONS CULINARY GROUP,<br><br>Defendant. | Case No: 2:21-cv-2616<br><br>NOTICE OF VOLUNTARY DISMISSAL <u>**WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**</u> |

**PLEASE TAKE NOTICE** that the Plaintiff, JESSICA SERRANO, by and through her undersigned counsel, hereby voluntarily dismisses this action, <u>without prejudice,</u> and without costs, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Dated: June 18, 2021
   New York, New York

                                          **BROWN KWON & LAM, LLP**

                                    By:   */s/ Clara Lam*
                                          Clara Lam, Esq.
                                          521 Fifth Avenue, 17th Floor
                                          New York, NY 10175
                                          Tel.: (718) 971-0326
                                          Fax: (718) 795-1642
                                          clam@bkllawyers.com
                                          *Attorneys for Plaintiff*

```
The Clerk of the Court is respectfully
directed to mark this case CLOSED.


Dated: June 21, 2021                      SO ORDERED.
       Central Islip, New York
                                          /s/ JOANNA SEYBERT_____
                                          Joanna Seybert, U.S.D.J.
```